IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTY and DAVID SCHNEIDER
Parents, individually and on behalf of
L.S., Student,

      Plaintiffs,

v.                                                No. CV 21-1083 JB/CG

BOARD OF EDUCATION OF LOS LUNAS
SCHOOLS, et al.,

      Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on review of the record and the notice of reassignment to the Honorable James Browning as the presiding judge. (Doc. 12).

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 11), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for **Tuesday, March 8, 2022, at 10:00 a.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE